7/12/2023

To The Clerk of Court,

My Name is Lameek Johns 1169442 and I'm presently an inmate at Sussex 1 State Prison and enclosed in this Manilla Envelope is a Civil Action Complaint, Verified Statement form, and Statement of Assets Form that I would like to file and have processed in this Honorable Court. I am presently Filing this Civil Complaint pro se. Please provide me with a Correspondence that these documents were received by this Court and the Exhibits for this Action will follow. Thank You Very Much for Your time and effort Concerning this legal Matter.

Sincerely,
Lameek Johns

Pursuant to 28 U.S.C. 1746 I declare under penalty of perjury that the foregoing is true and correct.
Lameek Johns 1169442