IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
JUL 21 2023
LAURA A. AUSTIN, CLERK
BY: /s/ Deputy
DEPUTY CLERK

Lameek Johns
Plaintiff,

v.                                    Civil Action No. 7:23-CV-00451

V.A.D.O.C. Harold Clarke et al.
Defendant(s).

## VERIFIED STATEMENT

I, the plaintiff in this action, have been advised of the requirements regarding exhaustion of administrative remedies as outlined in 42 U.S.C. 1997e and now submit this verified statement.

(Choose only one):

__X__  I have exhausted my administrative remedies as to each of the claims raised in my complaint by appealing my claims to the highest available level of the administrative remedies procedures. *Copies of the record of the proceedings are attached to this statement.*

_____  I have attempted to exhaust my administrative remedies but my grievance was rejected as untimely. I have appealed that determination to the highest level available. *I have attached documentation verifying my attempts to exhaust administrative remedies.*

_____  There are no administrative remedies available to me at this time, either because the issue I raise is nongrievable, or because there is no grievance procedure at the correctional facility at which I am confined. *I have attached documentation verifying my attempts to exhaust administrative remedies.*

_____  This cause of action arose at _____, and I am now being housed at another facility, _____. Therefore, I do not believe I have administrative remedies available at this time.*

I affirm that I am the plaintiff in this action and I know the content of the above statement; that it is true of my own knowledge, except as to those matters that are stated in it to be based on my own information and belief; and to those matters, I also believe them to be true. I declare under penalty of perjury that the foregoing is true and correct.

7/12/2023
DATE

/s/ Lameek Johns
SIGNATURE OF AFFIANT

---

*An inmate who has been transferred from one Virginia Department of Corrections prison facility to another may still be able to file grievances where the cause of action arose.